UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 09-08665-MMM(AGRx) | Date | March 3, 2010 |
|---|---|---|---|

| Title | Anna Geylikman et al vs. United Capital Title Insurance Company, et al |
|---|---|

Present: The Honorable    MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**      IN CHAMBERS - COURT ORDER DISMISSING ACTION WITHOUT PREJUDICE

On March 2, 2010, the plaintiffs filed a notice of voluntary dismissal (document no. 22) as to defendant Fidelity National Title Group, the sole remaining defendant in this action.  The court hereby **DISMISSES** this action in its entirety, without prejudice.  All pending motions, deadlines, and hearings are hereby vacated.

IT IS SO ORDERED.

:    0

CV-90 (12/02)                        **CIVIL MINUTES - GENERAL**                Initials of Deputy Clerk RR for AH